UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 0 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TRACY PINKNEY
   PLAINTIFF,

VS.

U.S. DEPARTMENT OF JUSTICE (ET AL)
   DEFENDANTS

CIVIL NO. 05 2347

## REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff, pursuant to Rule 34 of the Federal Rules of Civil Procedures, requests that the defendant[s] respond within 30 days by either allowing plaintiff to inspect and copy or by providing plaintiff with a copy of the following documents.

1. US Department of Justice
   Federal Bureau of Prisons
   Mid-Atlantic Regional Office
   10010 Junction Drive, Suite 100-N
   Annapolis Junction, MD 20701

Requesting any and all inventory sheets from either at USP Atlanta and USP Hazelton

4

2. U.S. DEPARTMENT OF JUSTICE
   FEDERAL BUREAU OF PRISONS
   FCC COLEMAN (LEGAL DEPARTMENT)
   P.O. BOX 1029
   COLEMAN, FL 33521

REQUESTING [ALL] ITEMIZED COMMISSARY purchases from JUNE 2001 through APRIL 2005, also requesting copies of the VIDEO TAPE IN D HOUSING UNIT to (CMS or R&D) ON September 7, 2004 AT 7:00 AM through 9:00 AM.

3. USP ATLANTA
   PO BOX 150160
   ATLANTA, GA 30315

REQUESTING COPY of the DISCHARGE SHEET or LOG BOOK were B. Plumbly signed to release me to the U.S. Marshals for transport on September 7, 2004.

4. UNITED STATES ATTORNEY'S OFFICE
   MAILROOM DEPARTMENT
   555 - 4TH STREET, N.W. ROOM 9431
   WASHINGTON, DC 20001

REQUESTING COPY of the MAILROOM POLICY and REGULATIONS on receiving and distribution of the MAIL to the many departments or office's.

5. United States Marshals Service
   Prisoners Movement Section
   500 Indiana Ave, NW
   Washington, D.C. 20001

   Requesting the names of all marshals that transported plaintiff on September 7, 2004 from USP Atlanta / also requesting copy of the LOG BOOK or DISCHARGE SHEET on September 7, 2004.

6. USP Atlanta
   PO BOX 150160
   Atlanta, GA 30315

   Requesting any and all inventory sheets in-coming; SHU or lock-downs during JUNE 2001 through APRIL 2005.

7. District of Columbia
   Detention Facility
   1901 D Street, SE
   Washington, DC 20019

   Requesting any and all regulation of the Mailroom procedures, what postage or service thats being used by them also what service that they don't accept or accept.

   Tracy Pinkny

# CERTIFICATE OF SERVICE

I, plaintiff TRACY PINKNEY certify that the foregoing PRODUCTION OF DOCUMENTS was mailed first-class along with plaintiff's TDRT/BWENS to the

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 Constitution Ave, NW
Washington, DC 20001

on this 28 day of October 2005.

Tracy Pinkney