FILED

DEC 0 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**DOCUMENTS ASSOCIATED
WITH CIVIL CASES
PENDING IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

## I. INITIAL DISCLOSURES

A.   Plaintiff's Initial Disclosures.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
_____ DIVISION

Tracey Pinkney
vs.                                Civil Action No. 05 2347

DOJ et al

### PLAINTIFF'S INITIAL DISCLOSURES

(1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.

F.T.C.A - TORT/BIVENS (NEGLIGENT - DELIBERATE INDIFFERENCE) Plaintiff was called back to court. The Judge issued an court order ordering that plaintiff legal material be transported/or mailed to the care of the warden of D.C. Jail. Plaintiff legal

Revised 06/01/02                APP.B - 2

5

NO ONE CAME TO THE SCENE OF THE INJURIES ALSO TO SEE IF PLAINTIFF CRIMINAL CASE WAS OPENLY BEING INSPECTED. ONCE PLAINTIFF ARRIVED AT THE UNIT AND RETURNED BACK TO USP McCAULEY (ALL) PLAINTIFF PERSONAL PROPERTY WAS LOSTED. TORT IS PLAINTIFFS PERSONAL PROPERTY. BIVENS IS PLAINTIFFS LEGAL MATERIALS BEING MAILED TO THE PROSECUTOR AND "OPENED" KNOWING THAT THEY KNOW THAT THIS SHOULDN'T BE MAILED TO THE PROSECUTOR BUT DONE IT ANY WAY.

---

(2) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.

TORT 28 USC 2671-2680 et.seq. BIVENS 28 USC 1331/28 CFR 14.2, 5PM 95, 28 CFR 542.10 Administrative Remedy Procedure. 5th, 6th and 14th AMENDMENTS DUE PROCESS; NEGLIGENCE AND INDIFFERENT INFERENCE. Institutional Supplement P.S. 5580.06 [or] PS 5800.12 Section 810 Inmate personal property Section 12(C)

SEE ADMINISTRATIVE REMEDY (ATTACHED)

---

(3) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

(4) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Initial Disclosures as Attachment B.) N/A

(5) Provide a copy of, or a description by category and location of, all documents, data compilations, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)

(6) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary

material available for inspection and copying as under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

(TORT) damages for missing property (NEGLIGENT) $5,000

(BIVENS) damages for DELIBERATE INDIFFERENCE AND NEGLIGENT AGAINST the following defendant in the amount of:

1. DEPARTMENT OF JUSTICE    $10,000,000.00 (10 MILLION)

2. FEDERAL BUREAU OF PRISONS    $10,000,000.00 (10 MILLION)

SEE ATTACHMENT

(7) Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

(8) Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiff's cause of action and state the basis and extent of such interest.

1. UNITED STATES OF AMERICA    (TORT) PROPERTY

2. DEPARTMENT OF JUSTICE (BIVENS)    DELIBERATE INDIFFERENCE
950 PENNSYLVANIA AVE NW    AND NEGLIGENT
WASHINGTON, DC 20530

3. FEDERAL BUREAU OF PRISONS (BIVENS)    DELIBERATE INDIFFERENCE
320 FIRST STREET, NW    AND NEGLIGENT
WASHINGTON, DC 20534

4. G. MALDONADO (WARDEN) (BIVENS)    DELIBERATE INDIFFERENCE
USP ATLANTA    AND NEGLIGENT
601 McDonough BLVD SE
ATLANTA, GA 30315

5. B. RUMBLY (SIMS/R&D) (BIVENS)    DELIBERATE INDIFFERENCE
USP ATLANTA    AND NEGLIGENT
601 McDonough BLVD SE
ATLANTA, GA 30315

SEE ATTACHMENT F

PLAINTIFF'S WITNESS LIST
(ATTACHMENT A)

[1]   Honorable Judge Judith Bartnoff
      Superior Court for the District of Columbia
      500 Indiana Ave N.W.
      Washington, DC 20001

[2]   United States Attorney Michelle Jackson
      555 - 4th Street, N.W. Room 9431
      Washington, DC 20001

[3]   Attorney Cary Clennon, Esq.
      P.O. Box 29302
      Washington, DC 20017

[4]   Officer of the Mailroom of the United
      States Prosecutors Building
      555 - 4th Street, N.W.
      Washington, DC 20001

[5]   DC Prisoners Rights Devin Krugman
      2639 Connecticut Ave, N.W. Suite 225
      Washington, D.C. 20008

[6]   Mr Smith (Warden)
      1901 D Street SE
      Washington DC 20003

[7] Cpl Suber Officer
1901 D Street SE
Washington D.C. 20019

[8] Ms Rene Pinkney
3800 Ida Court
Forestville MD 20784

[9] Un-known US Marshall's
Transport officer at USP Atlanta
United States Marshal's Service
Prisoner Movement Section
500 Indiana Ave, NW
Washington, DC, 20001

[10] Marvin Wright
Unknown Address

[11] Lurrie Carlton
Unknown Address

[12] Mail-room Officer
D.C. Correction Facility
1901 D Street, SE
Washington, D.C. 20003

Attachment C.

[1] U.S. Department of Justice
Federal Bureau of Prisons
Mid-Atlantic Regional Office
10010 Junction Drive, Suite 100-N
Annapolis Junction, MD 20701

Requesting all itemized commissary purchases from June 2001 through April 2005.

[2] U.S. Department of Justice
Federal Bureau of Prisons
FCC Coleman Legal Department
P.O. Box 1029
Coleman, FL 33521

Requesting copy of the video tape in D housing unit to C.M.S. or R&D on September 7, 2004 at 7:00 am through 9:00 am

[3] USP Atlanta
P.O. Box 150160
Atlanta GA 30315

Requesting copy of the Discharge sheet or log book were B. Plumly signed to release me to the US Marshal's for transport on September 7, 2004

[4] United States Attorney Office
MAILROOM OFFICER
555 - 4th Street, NW Room 04121
Washington, D.C. 20001

Requesting copy of the Mailroom policy and regulations on receiving and distribution of the mail.

[5] United States Marshal Service
Prisoner Movement Section
500 Indiana Ave, NW
Washington, D.C. 20001

Requesting the name of all Marshal that transported Plaintiff on September 7, 2004 from USP Atlanta.

[6] USP Atlanta
P.O. Box 150160
Atlanta GA 30315

Requesting any and all inventory sheets incoming, shu or lock down during JUNE 2001 through APRIL 2005.

7. District of Columbia
Detention Facility
1901 D Street, SE
Washington, DC 20019

Requesting any and all regulation of the mailroom procedure, what postage or service that can be used to mail items or legal materials to this facility and what service that cannot be used.

(ATTACHMENT D)

3. G. MALDONADO    $ 5,000,000.00  (5 MILLION)

4. B. RUMBLY       $ 5,000,000.00  (5 MILLION)

5. R. JAMES        $ 5,000,000.00  (5 MILLION)

6. R. CRAIG        $ 5,000,000.00  (5 MILLION)

(BIVENS)
TOTAL (TORT) THIRTY MILLION AND
FIVE THOUSAND DOLLARS

(ATTACHMENT F)

6. R. JAMES EXECUTIVE MGR. (BUREAUS) DELIBERATE INDIFFERENCE AND NEGLIGENT
USP Atlanta
601 McDonough Blvd, SE
Atlanta, GA 30315

7. R. CRAIG COUNSELOR (BUREAUS) DELIBERATE INDIFFERENCE AND NEGLIGENT
USP Atlanta
601 McDonough Blvd SE
Atlanta, GA 30315