1 OF 12

MAILED OFF 6-11-07

PROPERTY & THEFT & HABITS

# ADMINISTRATIVE REMEDY INFORMAL RESOLUTION FORM

**INSTRUCTIONS:**
When you are unable to informally resolve the inmate's complaint, complete and attach this report to each BP-9. The BP-9 will not be accepted without this form.

| Inmate Name: TRACY PINKNEY | | Reg. No. 12085007 |
|---|---|---|
| | Date | Staff Signature |
| Form **Requested** by inmate: | 1-4-05 | R Craig Jr |
| Form **Provided** to inmate: | 1-4-05 | R Craig Jr |

Inmate's complaint: ON SEPTEMBER 7, 2004 AT 7:00 AM I WAS TOLD TO PICK MY PROPERTY BECAUSE I WAS BEING TRANSFERRED BACK TO THE DISTRICT OF COLUMBIA ON A WRIT, AT 8:00 AM I ARRIVED AT R&D WITH MY PROPERTY IN WHICH INMATE MARVIN OVER

Action taken to informally resolve complaint:

A search of the R+D area revealed your property was not found. You can file your loss, via Tort Claim.

| **INFORMAL RESOLUTION ACCEPTED BY:** | Date: |
|---|---|
| Inmate's Signature: | Date: |
| Inmate Name (Printed): | |
| Staff's Signature: | Date |
| Staff Name and Title (Printed): | |

| **INFORMAL RESOLUTION REJECTED BY:** | |
|---|---|
| Inmate's Signature: Tracy Pinkney | Date: 1-18-05 |
| Inmate's Name (Printed): TRACY PINKNEY | |
| Staff Signature: R Craig Jr | Date: 1-18-05 |
| Staff Name and Title (Printed): R Craig Jr | |
| Date BP-9 Provided to Inmate: 1-18-05 | |

# ADMINISTRATIVE REMEDY INFORMAL RESOLUTION FORM

**INSTRUCTIONS:**
When you are unable to informally resolve the inmate's complaint, complete and attach this report to each BP-9. The BP-9 will not be accepted without this form.

| Inmate Name: TRACY PINKNEY | | Reg. No. 12085007 |
|---|---|---|
| | Date | Staff Signature |
| Form **Requested** by inmate: | 1-4-05 | R Craig |
| Form **Provided** to inmate: | 1-4-05 | R Craig |

Inmate's complaint: ON SEPTEMBER 7, 2004 AT 7:00AM I WAS told to PICK MY PROPERTY BECAUSE I WAS BEING TRANSFERRED BACK to the District of COLUMBIA ON A WRIT, AT 8:00 AM I ARRIVED AT R&D with MY PROPERTY which INMATE MARVIN OVER

Action taken to informally resolve complaint:

**INFORMAL RESOLUTION ACCEPTED BY:** | Date:

Inmate's Signature: | Date:

Inmate Name (Printed):

Staff's Signature: | Date

Staff Name and Title (Printed):

**INFORMAL RESOLUTION REJECTED BY:**

Inmate's Signature: | Date:

Inmate's Name (Printed):

Staff Signature: | Date:

Staff Name and Title (Printed):

Date BP-9 Provided to Inmate:

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS – Phone (913) 682-8700 ext. 465

.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: PINKNEY TRACY (LAST NAME, FIRST, MIDDLE INITIAL) 12085007 (REG. NO.) D-3-501 (UNIT) ATL USP (INSTITUTION)

Part A– INMATE REQUEST As indicated in the BP8 Counselor Crag and Mailroom officer Mavrick went through my personal property to seperate my legal materials then mail off my legal documents to 555-4th st NW. Wash, DC. 20001 Now those two was the [Last] ones to be in procession of my personal property. A show of R&D records will show that. My personal property never left this institution.

1-18-05
DATE

Tracy Pinkney
SIGNATURE OF REQUESTER

Part B– RESPONSE

(11)

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE

CASE NUMBER:

CASE NUMBER:

C– RECEIPT

rn to:

LAST NAME, FIRST, MIDDLE INITIAL REG. NO. UNIT INSTITUTION

9

**PART B-RESPONSE TO ADMINISTRATION REMEDY NO. 366296-F1**

Inmate Name: Pinkney, Tracey Reg. No. 12085-007

This is in response to your Administrative Remedy receipted February 5, 2005, wherein you claim staff assigned to this institution lost all of your personal property excluding your legal materials. Specifically, you state, when you were temporarily removed from the institution on the writ to the District of Columbia, your property was brought to Inmate Systems Management (ISM), and was supposed to be secured. When you returned, you claim it could not be found.

Program Statement 5800.12, Receiving and Discharge Manual, section 310, points out staff are required to store property for inmates departing on a writ which is not permitted to remain in their possession during the writ. Program Statement 5580.06, Inmate Personal Property, explains in section 14, staff should not store property in the office space of the unit team or the correctional supervisor except in temporary emergency situations. Staff must secure the property in a designated and secured storage area, preventing frequent access by either staff or inmates. Finally, Institutional Supplement 5580.06(D), Inmate Personal Property, section 12(c), directs Inmate Systems staff to inventory and store property for inmates out of the institution for court appearances and for medical purposes exceeding three (3) days.

Our records show a writ of habeas corpus requesting your presence in D.C. was received and verified on September 7, 2004. According to your request, you were notified to assemble and bring your property to R&D the same day. You did not bring your property as instructed. As you stated in the request, you brought your property to ISM the day of your departure.

Our records also indicate two boxes of legal material were delivered by the United Parcel Service (UPS), on September 17, 2004, to the office of the prosecuting Assistant United States Attorney. These were released to your defense attorney. No evidence could be found to suggest you possessed other property at the time of your departure. Nor do staff, having a connection to this situation, recall any other property belonging to you when you were escorted to ISM, and cannot confirm your allegations of your property being left in an unlabeled box in an unsecured room.

Upon your return, you sought your property, but aside from your legal material, nothing else could be located. You stated you had heard staff placed your property in an unlabeled box and no one was attempting to recover it. The property room was searched to determine if these statements were true. Nothing was yielded from this search.

You alleged staff lost your property and cannot locate it. Nothing was found to confirm your allegations, but you have filed a Tort Claim on this issue. As such, this response is for informational purposes only. If dissatisfied with this response, you may submit an appeal on the appropriate form (Regional Administrative Remedy Appeal/BP-10) within 20 calendar days of the date of this response to the Southeast Regional Director, 3800 Camp Creek Parkway, SW, Building 2000, Atlanta, Georgia, 30331-6226.

G. Maldonado, Jr., Warden

3-28-05

Date

U.S. Department of Justice

Federal Bureau of Prisons

Regional Administrative Remedy Appeal

PROPERTY 9

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Pinkney T. — 12085-007 — D-3 — USP Atl.

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL** This appeal is being filed late because Ive been transferred and I just received my property from Atlanta 4-29-05. Now I know your trying to cover up what have taken place and for the paperwork you can get a way for right now. "But if you check the camera on Sept 7, 2004 it would show that I took "All" my property to R&D or ISM if I didnt take my property were is the inventory sheet for my legal material? but I have evidents just wait till the court proceeding start. At this time Im request under the Freedom of Information Act 5 USC 552 requesting that the film from September 7, 2004, D House and the hallway to ISM be held. from 7AM to 9AM or kept or send them to my Attorney "Douglas woods (301) 6990764) Youve violated your own policy Program statement 5800.12, 5580.06, 5580.06(D) this is related to Reg No. 366296-F1 and if you need the BP 8-9 and the exhabits the regional never sent them back. 1-7 is gone

Tracy Pinkney 1 OF 13

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER:

**Part C - RECEIPT**

CASE NUMBER:

Return to:

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN

PRINTED ON RECYCLED PAPER

BP-230(13) JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

PROPERTY

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: PINKNEY, TRACY — LAST NAME, FIRST, MIDDLE INITIAL | 12005-007 — REG. NO. | D-3 LOW — UNIT | ATLANTA USP — INSTITUTION

**Part A—REASON FOR APPEAL** This is an appeal from remedy ID 366296-F1

This complaint is reguard all my personal property being lost After I returned from off a writ. I filed my B-P-9 The date received was February 5, 2005 response due on February 25, 2005 an extension of time was requested until March 15, 2005. As of March 15, 2005 I haven't received an response nor an extension of time. and when I ask for a response unit manager and counselor act like their upset.

(cc)

3-25-05
DATE

Tracy Pinkney
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

CASE NUMBER:

**Part C—RECEIPT**

CASE NUMBER:

Return to: LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
APRIL 1982

property
10

Regional Administrative Remedy Appeal No. 366296-R2
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted May 9, 2005. You allege staff at the United States Penitentiary (USP) in Atlanta, Georgia, lost several items of your property due to negligence. You request your property be returned or you be given reimbursement. Additionally, you request for the recorded tape from the D-Cell House camera to be mailed to your attorney.

Documentation reveals you were provided a timely response addressing all of your allegations and concerns. A search of the property room was conducted at your request and your property was not found. If you believe you are missing property you have the right to file an administrative claim for compensation as set forth in Program Statement 1320.06, Federal Tort Claims Act.

In regards to your request for official recorded tapes, this request should be made by following the policies and procedures related to the Freedom of Information Act.

Accordingly, this response to your Regional Administrative Remedy Appeal is for informational purposes only. If dissatisfied with this response, you may appeal to the General Counsel, Bureau of Prisons, 320 First Street, NW, Washington, D.C. 20534. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

6-1-05
Date

Regional Director, SERO

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

[illegible]

From: [illegible] | [illegible] | [illegible] | [illegible]

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

Part A – REASON FOR APPEAL [illegible] all legal material [illegible] property [illegible] legal [illegible] legal [illegible]

[illegible]

DATE

SIGNATURE OF REQUESTER

Part B – RESPONSE

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER:

Part C – RECEIPT

CASE NUMBER:

Return to: LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
APRIL 1982

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: PINKNEY TRACY | 12085007 | F1-113 | HAZELTON
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

Part A—REASON FOR APPEAL AGAIN ALL EXHABITS AND THE 8 AND 9 WASNT SENT BACK. CAN YOU SHOW ME A INVENTORY SHEET ON SEPT. 2004 FOR MY LEGAL MATERIAL OR MY PROPERTY. MY LEGAL MAIL WAS MAILED TO THE PROSECUTOR BUT YOU DONT HAVE A INVENTORY SHEET FOR THAT. SO IF YOU BELEIVE I DONT HAVE ANY PROPERTY SHOW ME THE INVENTORY FOR MY LEGAL MATERIALS. YOU DONT HAVE ONE. BECAUSE PLUMBLY DIDNT INVENTORY MY PROPERTY WHEN I BROUGHT IT TO R&D BUT YOUVE ADMITTED TO SEND MY LEGAL MATERIAL'S TO THE PROSECUTOR. IT WAS VERIFIED IN THE EXHABITS THAT WAS TAKEN OUT. BUT IF YOU WANT TO SEE THEM ASK SERO HE KNOWS

6-10-05 — DATE

Tracy Pinkney — SIGNATURE OF REQUESTER

Part B—RESPONSE

RECEIVED
JUN 20 2005

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 366296-A1

Part C—RECEIPT

CASE NUMBER: ______

Return to: ______
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: ______

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

**Administrative Remedy No. 366296-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal in which you claim staff at USP Atlanta lost your personal property while you were on a writ of habeas corpus in the District of Columbia in September 2004.

Our review reveals the Warden and Regional Director adequately responded to the issues raised in your appeal. The Warden conducted an investigation into your claim and found no evidence to suggest you possessed property at the time of your departure other than the legal material that was mailed. Furthermore, a search of the property room revealed none of your personal property items. You have been properly informed that if you feel you have suffered a loss due to the negligence of staff and seek reimbursement, you may file a tort claim under the Federal Tort Claims Act (FTCA).

This response is provided for informational purposes only.

August 16, 2005
Date

Harrell Watts, Administrator
National Inmate Appeals