

1 OF 5 SENT

NO EXHABITS     They take them at the region level. Im not providing another copy

ADMINISTRATIVE REMEDY INFORMAL RESOLUTION FORM

MAILED of 6-11-07

INSTRUCTIONS:
When you are unable to informally resolve the inmate's complaint, complete and attach this report to each BP-9. The BP-9 will not be accepted without this form.

| Inmate Name: TRACY PINKNEY | Reg. No. 12085007 |
|---|---|
| | Date | Staff Signature |
| Form Requested by inmate: | 12-8-04 | R Craig Jr |
| Form Provided to inmate: | 12-8-04 | R Craig Jr |

Inmate's complaint: On September 7, 2004 I was removed from this institution and transported to the District of Columbia for a remand hearing ordered by the District of Columbia Court of Appeals. On September 10, (OVER)

Action taken to informally resolve complaint: The court order did not indicate a appropriate address (ie, DC Jail) You had Ample time to provide and/or prepare the mailing label where you needed the items to be mailed

| INFORMAL RESOLUTION ACCEPTED BY: | Date: |
|---|---|
| Inmate's Signature: | Date: |
| Inmate Name (Printed): | |
| Staff's Signature: | Date |
| Staff Name and Title (Printed): | |

| INFORMAL RESOLUTION REJECTED BY: | Date: |
|---|---|
| Inmate's Signature: Tracy Pinkney | Date: 1-18-05 |
| Inmate's Name (Printed): TRACY PINKNEY | |
| Staff Signature: R Craig Jr | Date: 1-18-05 |
| Staff Name and Title (Printed): R Craig Jr | |
| Date BP-9 Provided to Inmate: 1-18-05 | |

Original:   Unit Manager (when resolution is accepted) or
            Forward with BP-9 (when resolution is not accepted)
Copy:       To inmate

(1)

LEGAL
8

## ADMINISTRATIVE REMEDY INFORMAL RESOLUTION FORM

INSTRUCTIONS:
When you are unable to informally resolve the inmate's complaint, complete and attach this report to each BP-9. The BP-9 will not be accepted without this form.

| Inmate Name: TRACY PINKNEY | Reg. No. 12085007 |
|---|---|

| | Date 1-5-05 | Staff Signature |
|---|---|---|
| Form **Requested** by inmate: | 12-8-04 | R Cigg |
| Form **Provided** to inmate: | 12-8-04 | R Cigg |

Inmate's complaint: On September 7, 2004 I was removed from this institution and transported to the District of Columbia for a remand hearing ordered by the District of Columbia Court of Appeals. On September 10, (over)

Action taken to informally resolve complaint:

| INFORMAL RESOLUTION ACCEPTED BY: | Date: |
|---|---|
| Inmate's Signature: | Date: |
| Inmate Name (Printed): | |
| Staff's Signature: | Date |
| Staff Name and Title (Printed): | |

| INFORMAL RESOLUTION REJECTED BY: | Date: |
|---|---|
| Inmate's Signature: | Date: |
| Inmate's Name (Printed): | |
| Staff Signature: | Date: |
| Staff Name and Title (Printed): | |
| Date BP-9 Provided to Inmate: | |

Original:   Unit Manager (when resolution is accepted) or
            Forward with BP-9 (when resolution is not accepted)
Copy:       To inmate

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS – Phone (913) 682-8700 ext. 465

LEGAL
10

| U.S. DEPARTMENT OF JUSTICE | REQUEST FOR ADMINISTRATIVE REMEDY |
|---|---|
| Federal Bureau of Prisons | |

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: PINKNEY TRACY    12085007    D-3-501    ATL USP
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**  SEE EXHIBIT (COURT ORDER) It's very clear and precise on the contents contained in the wording of the court order, also see EXHIBIT (FAX) from my attorney. [IF] there was some discrepancy with you sending my legal materials [YOU] could have contacted my attorney's office which his address is located on the FAX / or contacted the judges chambers even called D.C. Jail. The mailroom officer at D.C. Jail stated you never called for any instruction regarding mailing legal materials. But [IF] you read the court order it should have went with me / or sent to me in care of the warden of D.C. Jail NOT the Prosecutor.

1-18-05                                   Tracy Pinkney
DATE                                      SIGNATURE OF REQUESTER

**Part B- RESPONSE**

⑦

_____                             _____
DATE                                      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                CASE NUMBER: _____

                                          CASE NUMBER: _____
**Part C- RECEIPT**
Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS – Phone (913) 682-8700 ext. 465

**U.S. DEPARTMENT OF JUSTICE**  **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **PINKNEY TRACY**     12085007     D-3-501     ATL USP
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A – INMATE REQUEST**

As indicated in the BP8 Counselor Craig and mailroom officer Maurick went through my personal property to seperate my legal materials then mail off my legal documents to 555-4th St N.W. Wash, DC 20001 Now those two was the [Last] ones to be in procession of my personal property. A show of R&D records will show that. My personal property never left this institution.

1-18-05                                    *Tracy Pinkney*
DATE                                        SIGNATURE OF REQUESTER

**Part B – RESPONSE**




_____        _____
DATE                         WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                        CASE NUMBER: _____

                                                   CASE NUMBER: _____
**Part C – RECEIPT**
Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

## PART B-RESPONSE TO ADMINISTRATION REMEDY NO. 366298-F1

Inmate Name: Pinkney, Tracey                                   Reg. No. 12085-007

This is in response to your Administrative Remedy receipted January 26, 2005, wherein you alleged your legal material was mailed to the wrong address.

An investigation of this matter revealed your legal material was mailed to the U.S. Attorney's Office to the attention of Ms. Jackson, Assistant United States Attorney, District of Columbia. Ms. Jackson stated she was contacted and advised of two unexpected packages which arrived at her office. After discovering the two packages she then verified with the building security personnel, that the packages received were legal mail items from you. Ms. Jackson stated she did not review the legal material, and spoke with the presiding judge in the case. He indicated there was no malice intent in sending the legal material to the U.S. Attorney's Office.

Therefore, your Request for Administrative Remedy is denied. If dissatisfied with this response, you may submit an appeal on the appropriate form (Regional Administrative Remedy Appeal/BP-10) within 20 calendar days of the date of this response to the Southeast Regional Director, 3800 Camp Creek Parkway, SW, Building 2000, Atlanta, Georgia, 30331-6226.

_____                        ___3/10/05_____
G. Maldonado, Jr., Warden                                    Date

rECEIVED 3-14-04

**U.S. Department of Justice**
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**



Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: **PINKNEY TRACY** — 1Z08SC007 — D-3-601 — ATLANTA USP
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

Part A—REASON FOR APPEAL UPON MY INVESTIGATION THE MAILROOM AT THE UNITED STATES ATTORNEY'S OFFICE STATED THAT THEIR POLICY IS THAT "ALL" MAIL IS INSPECTED (X-RAYED) BEFORE IT'S DISTRIBUTED. YOUR STATEMENT THAT TWO UNSPECTED PACKAGES JUST HAPPENED TO SHOW UP IN HER OFFICE IS FALSE BECAUSE THE MAILROOM HANDLE ALL IN/AND OUT GOING MAIL SO THOSE BOXES WERE DELIVERED BY THE MAILROOM SO IT WAS NO REASON TO CALL SECURITY NOR WAS IT ANY REASON TO OPEN THE TWO BOXES. ON LINE SEVEN "THAT THE PACKAGES RECEIVED WERE LEGAL MAIL ITEMS FROM YOU. I NOR MY ATTORNEY AUTHORIZED MY LEGAL MATERIALS TO BE MAILED TO THE U.S. ATTORNEYS OFFICE ALSO YOUR REPRESENTATION OF JUDGE BARTNOFF IS INCORRECT " HE INDICATED THERE WAS NO MALICE INTENT IN SENDING THE LEGAL MATERIALS TO THE U.S. ATTORNEY OFFICE THIS ISSUE WAS ADDRESSED AT MY HEARING AND THE RECORD WOULD REFLECT THAT SHE NOT HE INDICATED THAT THERE WAS NO MALICE INTENT IN SENDING THE LEGAL MATERIALS TO THE U.S. ATTORNEY'S OFFICE. THIS STATEMENT IS A MIS REPRESENTATION OF JUDGE BARTNOFF'S REMARKS ON this ISSUE ON SEPTEMBER 27, 2004. THE HERE FACT IS THAT THE COURT ORDER EXPLAINED WERE TO SEND MY LEGAL MATERIALS AND THERE WERE OTHER INFORMATION PROVIDED IN WHICH SHOULD HAVE BEEN UTILIZED BESIDES WHAT HAPPENED IN THIS CASE. "IF YOU REALLY WHAT TO KNOW

3-16-05
DATE — SIGNATURE OF REQUESTER

1 OF 2
(8)

Part B—RESPONSE

_____
DATE — REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE — CASE NUMBER: _____

Part C—RECEIPT

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: _____

USP LVN — DATE — SIGNATURE RECIPIENT OF REGIONAL APPEAL — BP-230(13) APRIL 1982

U.S. Department of Justice                                    Regional Administrative Remedy Appeal
Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __PINKNEY TRACY__ __12085007__ __D-3-601__ __ATLANTA USP__
         LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.        UNIT            INSTITUTION

Part A—REASON FOR APPEAL

WHAT THE JUDGES REMARKS TO THIS ISSUE, CALL AND SEE WHATS HER POINT OF VIEW IS AND NOT SOMEONE WHO IS GLAD THAT SOMEONE WOULD MAKE A FOOLISH[ESS] MISTAKE LIKE THIS. WHAT THIS REALLY SHOWS IS THE PEOPLE WHO TRY TO JUSTIFY THIS WRONGFUL ACT HAVE A HIGH LEVEL OF IGNORANCE. BUT AS INDICATED IN the BP-8 RESPONSE R. CRAIG STATED THE COURT ORDER DID NOT INDICATE A APPROPRIATE ADDRESS (I.E, DC JAIL) HE WAS [FAX] BY MY ATTORNEY (2) COURT ORDERS with MY ATTORNEYS NUMBER ON it PLUS the COURT ORDER HAS THE COURTS ADDRESS ACROSS the TOP OF the COVER SHEET THIS COULD ONLY SAY THAT ALL D.C. PRISONERS ARE HOUSED AT ONE JAIL REMEMBER thats why DC PRISONE WERE SENT TO THE FED'S OR (BOP), BECAUSE OF THE CLOSING OF LORTON.

__3-16-05__                                        __Tracy Pinkney__  2OF2
 DATE                                               SIGNATURE OF REQUESTER

Part B—RESPONSE                                                              ⑨

---

                 DATE                                          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                                    CASE NUMBER: _____

Part C—RECEIPT
                                                              CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.        UNIT            INSTITUTION

SUBJECT: _____

USP LVN    DATE                                SIGNATURE, RECIPIENT OF REGIONAL APPEAL        BP-230(13)
                                                                                              APRIL 1982

LEGAL
9

Regional Administrative Remedy Appeal No. 366288-R1
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted March 24, 2005. You complain institution staff acted inappropriately by forwarding your legal materials to the wrong address. Specifically, your legal material was forwarded to the U.S. Attorney's Office in Washington, D.C. instead of the District of Columbia Jail. You state this action prevented a fair hearing to be conducted in your case and violated your rights under the 5th and 14th Amendments of the Constitution.

Records indicate you were removed from USP Atlanta on September 7, 2004, by a writ to the District of Columbia Superior Court. On that same date, an order was issued from the District of Columbia Superior Court permitting your legal materials to be forwarded to you in care of the Warden of the D.C. Jail. The Bureau of Prisons maintains a contract with United Parcel Service (UPS) which is utilized to forward all inmate personal property. Once institution staff determined the D.C. Jail would not accept UPS packages, the decision was made to forward the materials to the U.S. Attorney's Office in Washington, D.C. When the packages arrived at the U.S. Attorney's Office, they were opened and inspected for security reasons. Staff at the U.S. Attorney's Office stated the materials were not purposely reviewed or scrutinized. After it was determined what the materials were, your attorney was contacted who later picked up the packages. The Judge in your case was subsequently consulted and he indicated the handling of your legal material had not resulted in malice towards your case.

Institution staff did endeavor to properly forward your legal materials. There was no deliberate intention by institution staff to deny you of your legal materials or compromise your court case. There is no evidence to support your allegation that forwarding your legal materials to the U.S. Attorney's Office resulted in you receiving an unfair hearing or a violation of your constitutional rights.

Your Regional Administrative Remedy Appeal is denied. If dissatisfied with this response, you may appeal to the Office of General Counsel, 320 First Street, NW Washington, DC 20534. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

_4-21-05_
Date

_[signature]_
Regional Director, SERO

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: PINKNEY, TRACY    12085007    F1-113    HAZELTON
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A – REASON FOR APPEAL** This is the way this was returned missing pages 1-7. This is related to Remedy # 366296-F1 There wasn't any inventory sheets done! I never knew what day they would come and get me but the Marshal came to the unit and got me pumbly signed the discharge sheet. But I'm requesting under the Freedom of Information Act 5 USC 552 the tape (film) from September 7, 2004 between 7am to 9am be held or turned over to my attorney (Douglas Woods 3016990764) or inform me of the procedure of obtaining the tape of D-housing unit and ISM or CRED)

5-3-05
DATE

Tracy Pinkney
SIGNATURE OF REQUESTER

10 of 10

**Part B – RESPONSE**

---

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

**Part C – RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN    BP-231(13) APRIL 1982

U.S. Department of Justice
Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: **PINKNEY TRACY**    12085007    F1-113    HAZELTON
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A—REASON FOR APPEAL  This is the way this was returned missing pages 1-7. This is related to Remedy # 366296-F1 There wasn't any inventory sheets done. I never knew what day they would come and get me but the Marshal came to the unit and got me Pumbly signed the discharge sheet. But I'm requesting under the Freedom of Information Act 5 USC 552 the tape (film) from September 7, 2004 between 7AM to 9AM be held or turned over to my Attorney (Douglas Woods 3016990764) or inform me of the procedure of obtaining the tape of D-housing unit and ISM or (R&D)

1 OF 10

5-3-05    _Tracy Pinkney_
DATE    SIGNATURE OF REQUESTER

Part B—RESPONSE

RECEIVED
MAY 12 2005

DATE    GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE    CASE NUMBER: 366288 A2

Part C—RECEIPT
    CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN    BP-231(13)
APRIL 1982

**Administrative Remedy No. 366288-A2**
**Part B - Response**

You contend your legal material was mailed to the incorrect party, which violated your Constitutional rights. You request copies of videotape of areas in the institution which you believe captured this event.

Our review of this matter reveals that both the Warden and the Regional Director have adequately addressed your concerns. Your legal material was mailed to government counsel because the jail in which you were held does not accept packages sent via the United Parcel Service. Upon receipt, the government attorney contacted your attorney to retrieve the material. Discussion of this matter occurred in the court, and the judge determined there was no evidence of malicious intent.

Regarding your request for copies of videotapes, you may request copies of Bureau of Prisons' records by writing to the Freedom of Information/Privacy Act Office, Federal Bureau of Prisons, 320 First St., N.W., Washington, D.C. 20534.

Your appeal is denied.

August 5 2005
Date

Harrell Watts, Administrator
National Inmate Appeals