**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of _____Columbia_____

TO:
B. Plumbly
United States Penitentiary Atlanta
601 McDonough Blvd.
Atlanta, Ga. 30315

Civil Action, File Number ___CA-05-2347___

Tracy Pinkney

V.

United States of America, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days ... Keep copy 3 for your records.

[overlaid handwriting: 05-2347 ... -1-11-05]

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
B. Plumbly

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Shaver
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0001 9681 5962

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

...if you are served on behalf of a corporation, ... signature your relationship to that entity. If ... indicate under your signature your authority.

... days, you (or the party on whose behalf you ... plaint in any other manner permitted by law.

... behalf you are being served) must answer the ... nt by default will be taken against you for the

... pt of Summons and Complaint By Mail was

_____ (USMS Official)

D COMPLAINT

I declare, under penalty of perjury, ... e complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299 (Rev. 6/95)

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ___Columbia___

TO:
R. James
United States Penitentiary Atlanta
601 McDonough Blvd.
Atlanta, Georgia 30315

Civil Action, File Number ___CA-05-2347 HHK___

Tracy Pinkney

V.

United States fof America, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If ____ and you are authorized to receive process, you must indicate under your signature your authority.

05-2347  1-11-08   PB

___ days, you (or the party on whose behalf you ___ plaint in any other manner permitted by law.

___ behalf you are being served) must answer the ___ t by default will be taken against you for the

___ t of Summons and Complaint By Mail was

_____
SMS Official)

COMPLAINT
complaint in the above captioned manner at

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   R. James

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): SHZUPAL
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0001 9681 5948

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

___er and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of _Columbia_

TO:
R. Craig
United States Penitentiary Atlanta
601 McDonough Blvd
Atlanta, GA 30315

Civil Action, File Number 05-2347 HHK

E Tracy Wekner
                    V.
United States of America, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

_____ days, you (or the party on whose behalf you ___ complaint in any other manner permitted by law.

___se behalf you are being served) must answer the ___ment by default will be taken against you for the

___cipt of Summons and Complaint By Mail was

_____
USMS Official)

D COMPLAINT
e complaint in the above captioned manner at

1-11-05    05-2347-BB

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   R. Craig

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  STEVEN
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7004 1160 0001 9681 5955

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

___ber and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4  USMS District Suspense

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ___Columbia___

TO: G. Maldonado
U. S. Penitentiary Atlanta
601 McDonough Blvd.
Atlanta, Ga. 30315

Civil Action, File Number ___CA-05-2347 HHK___

Tracy Pinkney

V.

United States of America, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

[PS Form 3811 Domestic Return Receipt attached, dated 1-11-05, article number 7004 1160 0001 9681 5924, addressed to G. Maldonado, received by SHZVEN]

...IES. If you are served on behalf of a corporation, ...er your signature your relationship to that entity. If ...must indicate under your signature your authority.

_____ days, you (or the party on whose behalf you ...complaint in any other manner permitted by law.

...ose behalf you are being served) must answer the ...gment by default will be taken against you for the

...eceipt of Summons and Complaint By Mail was

_____ (USMS Official)

...AND COMPLAINT

...the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)