UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 21 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

TRACY PINKNEY
   Plaintiff

           CASE NO. 1:05-CV
v.          02347-HHK

UNITED STATES OF AMERICA (ETAL)
   Defendants

## MOTION TO AMEND COMPLAINT

NOW COMES, Plaintiff Tracy Pinkney respectfully moves this Honorable Court pursuant to the Federal Civil Rules of Procedure Rule 15(a), for the following reasons stated below:

1. In Plaintiff's complaint under VI. RELIEF (see attachment) it states TOTAL TORT 5,000 : BIVENS 30,000,000   30,005,000

2. Plaintiff miscalculated the TOTAL for the BIVENS, it should read 40,005,000. 40 million dollars 5 thousand.

3. Also Plaintiff's complaint reflects that he requests a JURY TRIAL in which the docket sheet states NONE. Plaintiff pray that these corrections are made.

## CERTIFICATE OF SERVICE

I, Tracy Pinkney hereby certify that a copy of the foregoing was mailed first-class mail prepaid to:

> UNITED STATES DISTRICT COURT
> FOR THE DISTRICT OF COLUMBIA
> 333 Constitution Ave, NW
> Washington, D.C. 20001

on the 16 day of February 2006.

Sincerely,

Tracy Pinkney