UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY PINKNEY
PLAINTIFF

- VS -

UNITED STATES OF AMERICA (ETAL)
DEFENDANTS.

CIVIL NO. 1:05-CV-02347-HHK

FILED
FEB 23 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## SUPPLEMENTAL PLEADINGS

Now comes plaintiff, TRACY PINKNEY pro-se respectfully moves this Honorable Court pursuant to the Federal Rules of Civil Procedures Rule 15(d) clarafication in relief of support amended complaint and grounds for such relief is stated below:

1. On February 16, 2006, plaintiff filed a motion to amend the proceeding in the above mentioned civil action

2. Plaintiff is requesting that this Honorable Court accept this previous filed motion / also accept this clarafication in relief of support amend the "RELIEF" to indicate <u>FUTURE DAMAGES</u> consisting of infringing pursuit to litigating my constitutional violations on criminal conviction which condemned plaintiff to prison for life.

Futhermore, Plaintiff request that this motion be added to his previous filed amended pleading.

Sincerely

Tracy Pinkney

## CERTIFICATE OF SERVICE

I TRACY PINKNEY hereby certify that a copy of the foregoing was mailed first class mail prepaid to:

> UNITED STATES DISTRICT COURT
> FOR THE DISTRICT OF COLUMBIA
> 333 CONSTITUTION AVE, N.W.
> WASHINGTON, D.C. 20001

On this 19 day of February 2006.

Sincerely

Tracy Pinkney