UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY PINKNEY
  PLAINTIFF,

-VS-

CIVIL NO. 1:05-CV-02347-HHK

UNITED STATES OF AMERICA (ETAL)
  DEFENDANTS.

## MOTION FOR APPOINTMENT OF COUNSEL

Come now plaintiff, TRACY PINKNEY thru this petition requesting for appointment of counsel be applied to the above stated case. This action is requested pursuant to 28 USC § 1915(e) and any other applicable statutes stating the following in support of his "MOTION FOR APPOINTMENT OF COUNSEL";

1. Plaintiff is not a lawyer and has never been formally trained in the law but believes his case involves some substantial questions of law relating to violations of his rights guaranteed by the Constitution of the United States.

2. Plaintiff is indigent and by reason of his poverty is unable to retain counsel.

3. Further, there are also other disputes that are complicated or substantial which merits the appointment of counsel.

Plaintiff desperately needs the help of a lawyer to properly analyze and apply the applicable law to the issues presented in filing the motions, to prepare submissions to the court.

Sincerely

Tracy Pinkney

## CERTIFICATE OF SERVICE

I TRACY PINKNEY hereby certify that a copy of the foregoing was mailed first-class mail prepaid to:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE, NW
WASHINGTON, DC 20001

ON this 19 day of FEBRUARY 2006.

SINCERELY

Tracy Pinkney