UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY PINKNEY,<br><br>               Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>              Defendants. | Civil Action 05-2347 (HHK) |

**ORDER**

This matter is before the Court on plaintiff's motion to appoint counsel to represent him in this Federal Tort Claims Act case. Civil litigants are not entitled to counsel, but the Court may appoint counsel if the circumstances warrant. The Court has considered the factors for appointing counsel set forth in Local Civil Rule 83.11(b)(3) and the limited availability of *pro bono* resources. Plaintiff has ably stated his claims in the complaint. It is too early in the proceedings to assess the complexity of the issues and the potential merit of the claims. The Court does not find the appointment of counsel to be warranted at this time. Accordingly, it is this 9th day of March 2006,

      **ORDERED** that plaintiff's motion to appoint counsel [# 13] is **DENIED** without prejudice.

                                                    _____s/s_____
                                                    Henry H. Kennedy, Jr.
                                                    United States District Judge