```
BOPOI              *       PUBLIC INFORMATION        *    02-10-2006
PAGE 001           *           INMATE DATA           *    17:17:18
                           AS OF 02-10-2006

REGNO..: 12085-007  NAME: PINKNEY, TRACEY
                    RESP OF: HAZ / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 304-379-5000   FAX: 304-379-5039
                                            RACE/SEX...: BLACK / MALE
FBI NUMBER.: 412166X11                      DOB/AGE....: 07-28-1962 / 43
PROJ REL MT: LIFE                           PAR ELIG DT: 08-01-2019
PROJ REL DT: LIFE                           PAR HEAR DT:
------------------------- ADMIT/RELEASE HISTORY -------------------------
                                                  START DATE/TIME  STOP DATE/TIME
FCL    ASSIGNMENT  DESCRIPTION
HAZ    A-DES       DESIGNATED, AT ASSIGNED FACIL  04-13-2005 1630  CURRENT
S42    RELEASE     RELEASED FROM IN-TRANSIT FACL  04-13-2005 1630  04-13-2005 1630
S42    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-13-2005 0555  04-13-2005 1630
ATL    TRANSFER    TRANSFER                       04-13-2005 0555  04-13-2005 0555
ATL    A-DES       DESIGNATED, AT ASSIGNED FACIL  12-07-2004 2048  04-13-2005 0555
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL  12-07-2004 2048  12-07-2004 2048
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-07-2004 0900  12-07-2004 2048
OKL    HLD REMOVE  HOLDOVER REMOVED               12-07-2004 0800  12-07-2004 0800
OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED   12-02-2004 1535  12-07-2004 0800
I-T    RELEASE     RELEASED FROM IN-TRANSIT FACL  12-02-2004 1635  12-02-2004 1635
I-T    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-08-2004 0530  12-02-2004 1635
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL  09-08-2004 0530  09-08-2004 0530
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-07-2004 1052  09-08-2004 0530
ATL    FED WRIT    RELEASE ON FEDERAL WRIT        09-07-2004 1052  12-07-2004 2048
ATL    A-DES       DESIGNATED, AT ASSIGNED FACIL  06-17-2002 1744  09-07-2004 1052
S38    RELEASE     RELEASED FROM IN-TRANSIT FACL  06-17-2002 1744  06-17-2002 1744
S38    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 06-17-2002 0755  06-17-2002 1744
CRL    TRANSFER    TRANSFER                       06-17-2002 0755  06-17-2002 0755
CRL    A-DES       DESIGNATED, AT ASSIGNED FACIL  07-19-2001 0001  06-17-2002 0755
2-D    RELEASE     RELEASED FROM IN-TRANSIT FACL  07-19-2001 0001  07-19-2001 0001
2-D    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 07-17-2001 0800  07-19-2001 0001
BOP    TRANSFER    TRANSFER                       07-17-2001 0800  07-17-2001 0800
BOP    A-DCOB      ADMIT TO D.C. OFFENDER BRANCH  09-19-2000 1106  07-17-2001 0800




G0002      MORE PAGES TO FOLLOW . . .
```



```
BOPOI              *       PUBLIC INFORMATION         *   02-10-2006
PAGE 002           *           INMATE DATA            *   17:17:18
                           AS OF 02-10-2006

REGNO..: 12085-007 NAME: PINKNEY, TRACEY

                   RESP OF: HAZ / DESIGNATED, AT ASSIGNED FACIL
            PHONE..: 304-379-5000    FAX: 304-379-5039
THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: LIFE

------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F2830-96 F,K
JUDGE............................: BARTNOFF
DATE SENTENCED/PROBATION IMPOSED: 12-02-1997
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 09-29-2000
HOW COMMITTED....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

                  FELONY ASSESS    MISDMNR ASSESS     FINES            COSTS
NON-COMMITTED.:   $00.00           $00.00             $00.00           $40.00

RESTITUTION...:   PROPERTY: NO     SERVICES: NO              AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 602
OFF/CHG: 22 DCC 502/ASSUALT WITH A DANGEROUS WEAPON.

SENTENCE PROCEDURE...............: DC OMNIBUS ADULT SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
MINIMUM TERM.....................:  40 MONTHS
RELATIONSHIP OF THIS OBLIGATION
 TO OTHERS FOR THE OFFENDER....:   C/S
DATE OF OFFENSE..................: 04-02-1996




G0002      MORE PAGES TO FOLLOW . . .
```

```
BOPOI              *         PUBLIC INFORMATION           *   02-10-2006
PAGE 003           *             INMATE DATA              *   17:17:18
                             AS OF 02-10-2006

REGNO..: 12085-007 NAME: PINKNEY, TRACEY

                    RESP OF: HAZ / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 304-379-5000    FAX: 304-379-5039
------------------------CURRENT OBLIGATION NO: 020 -----------------------
OFFENSE CODE....: 621
OFF/CHG: 22 DCC 2404/SECOND DEGREE MURDER.

 SENTENCE PROCEDURE.............: DC OMNIBUS ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.: LIFE
 MINIMUM TERM...................:    20 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: C/S
 DATE OF OFFENSE................: 04-02-1996

------------------------CURRENT COMPUTATION NO: 010 ----------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-07-2004 AT ATL AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN.........: 12-02-1997
COMBINED SENTENCE PROCEDURE....: DC OMNIBUS ADULT COMBINED SENTENCE
COMBINED TERMS IN EFFECT.......: LIFE
COMBINED TERMS IN EFFECT CONVERT: LIFE
COMBINED MINIMUM TERM..........:    20 YEARS     40 MONTHS
EARLIEST DATE OF OFFENSE.......: 04-02-1996

JAIL CREDIT....................:    FROM DATE     THRU DATE
                                    04-02-1996    12-01-1997




G0002      MORE PAGES TO FOLLOW . . .
```

```
BOPOI             *        PUBLIC INFORMATION        *    02-10-2006
PAGE 004 OF 004   *            INMATE DATA           *    17:17:18
                             AS OF 02-10-2006

REGNO..: 12085-007 NAME: PINKNEY, TRACEY

                    RESP OF: HAZ / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 304-379-5000    FAX: 304-379-5039
TOTAL JAIL CREDIT TIME..........: 609
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: 08-01-2019
STATUTORY RELEASE DATE..........: N/A
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: LIFE

NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

PROJECTED SATISFACTION DATE.....: N/A
PROJECTED SATISFACTION METHOD...: LIFE




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```