UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY PINKNEY,<br><br>        Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>        Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-2347 (HHK)<br> ) (ECF)<br> ) <br> ) <br> ) <br> ) |

### CERTIFICATION

I, R. Craig Lawrence, Acting Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on June 7, 2004, hereby certify that I have read the complaint in Tracy Pinkney v. United States of America, et al., No. 05-2347, and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that the named federal defendants- Gerardo Maldonado, Former Warden of the United States Penitentiary in Atlanta, Georgia (USP Atlanta); Richard Craig, Correctional Counselor at USP Atlanta; Ronald James, Former Unit Manager at USP Atlanta; and Bruce Plumley, Former Inmate System Manager at USP Atlanta - were acting within the scope of their employment as employees of the United States at the time of the alleged incidents.

March 10, 2006

                                               /s/
                                        R. CRAIG LAWRENCE, D.C. BAR # 171538
                                        Assistant United States Attorney
                                        Acting Chief, Civil Division