UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRACY PINKNEY,** | ) |
| **Plaintiff** | ) |
| v. | ) Civil Action No. 05-2347 (HHK)<br>) (ECF) |
| **UNITED STATES OF AMERICA, et al.** | ) |
| **Defendants.** | ) |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion To Dismiss, support thereof, the grounds stated therefore and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted, and

FURTHER ORDERED that this case is dismissed with prejudice.

This is a final and appealable order.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

John F. Henault
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530

Tracy Pinkney
#R12085-007
Hazelton USP
P.O. Box 2000
Bruceton Mills, WV 26525