**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
| |
**TRACY PINKNEY,** )
)
**Plaintiff** )
)
)
) **Civil Action No. 05-2347  (HHK)**
**v.** )  **(ECF)**
)
**UNITED STATES OF AMERICA, et al.** )
)
**Defendants.** )
_____)

**ORDER**

UPON CONSIDERATION of the Defendants' Motion to Stay Discovery,

support  thereof, the grounds stated therefor and the entire record in this matter, it is by the Court

this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED a stay of all discovery proceedings until this Court rules on

defendants' dispositive motion and addresses their entitlement to qualified immunity.


_____
UNITED STATES DISTRICT JUDGE

Copies to:

John Henault
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

Tracy Pinkney
#R12085-007
Hazelton USP
P.O. Box 2000
Bruceton Mills, WV 26525