IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

FELONY BRANCH

UNITED STATES OF AMERICA      :
:
:     Case No. F-2830-96
:     Judge Bartnoff
    v.     :
:
PAUL WAYNE PINKNEY aka    :
TRACY PINKNEY       :

Exh. *1

## ORDER

The Court has received a letter from the defendant, in which he requests that new counsel be appointed for him, on the remand of this case to this court from the Court of Appeals. Mr. Pinkney notes that the most recent counsel of record in this court was Rufus McKinney, and that he had discharged Mr. McKinney from the case. He requests appointment of his appellate counsel, Thomas Engle or Sharon Burka. The Court was prepared to appoint either Mr. Engle or Ms. Burka to represent the defendant in further proceedings, but both of them indicated that they were unable to accept the appointment. Mr. Cary Clennon therefore was appointed as the defendant's new counsel, and a separate order appointing him was entered on August 9, 2004. That order further provides that a remand hearing is set for September 27, 2004 at 10:30 a.m.

Mr. Pinkney also has filed a Petition for a Writ of Habeas Corpus Ad Testificandum, which was addressed to the undersigned directly and was received on or about August 18, 2004. Prior to the Court's receipt of that petition, the Court already had arranged for a Writ of Habeas Corpus Ad Testificandum to be issued, so that the defendant would be transported

to the District of Columbia for the September 27 hearing.[1]  The defendant's petition

therefore is moot.

Finally, Mr. Pinkney has sent a further letter to the court, in which he requests that he

be permitted to bring his legal documents and files with him when he returns to the District

of Columbia for the remand hearing.  That request will be granted, so long as appropriate

arrangements can be made for those materials to be transported with the defendant or, if that

is not feasible, to be sent to him from the institution where he has been incarcerated to the

D.C. Jail.

The Court also has directed that Mr. Pinkney's correspondence to the Court,

described herein, be placed in the court jacket.

It therefore is by the Court this _____7 ᴿ_____ day of September 2004

**ORDERED** that the defendant's request to be permitted to bring his legal documents

and files with him when he is transported to the District of Columbia for the remand hearing,

which is set for September 27, 2004, be and it hereby is **GRANTED**, insofar as appropriate

arrangement can be made for those materials to be transported with him or sent to him in

care of the Warden of the D.C. Jail.


_____
Judge Judith Bartnoff
(Signed in Chambers)


_____
[1] The undersigned was out of the office in early August 2004, but arranged for Judge Lee
Satterfield to sign the appointment letter and the writ, while the undersigned was away, once
Mr. Clennon confirmed that he was able and willing to be accept the appointment and the
remand hearing date was arranged.

Copies to:

Cary Clennon, Esq.
P. O. Box 29302
Washington, DC  20017

Michelle Jackson, Esq.
Office of the United States Attorney
Felony Trial Section
555 – 4th Street, N.W., Room 9431
Washington, DC  20001

TOTAL P.03

Exh. ※2

## AFFIDAVIT

Declarant Cary Clennon, upon oath, hereby states the following:

1.  I am an attorney in the District of Columbia.  I represented Mr. Tracy Pinkney in D.C. Superior Court case #F2830-96 from on or about July 22, 2004, through December 1, 2004.

2.  On or about September 7, 2004, I received from Judge Bartnoff's chambers a facsimile copy of a court order requiring the shipment of Mr. Pinkney's legal papers to the warden of the D.C. jail.  A hard copy of the order was received on September 9, 2004.  An exact copy of the order is attached to this affidavit as "Exhibit A."

3.  On or about September 10, 2004, I made calls to Warden Maldonado's office and to Supervisory Counselor Craig's office at FCI Atlanta.  Neither call was answered, and I left a message concerning the shipment order and informing both offices I would fax a copy to them.  A copy of the order was faxed by me to each office.  Exact copies of the facsimile cover sheets are attached to this affidavit as "Exhibit B" and "Exhibit C."

4.  On or about September 16, 2004, I called counselor Ron James.  The call was not answered.  I left a message inquiring as to the status of the shipment of Mr. Pinkney's legal papers.  Mr. James returned my call later the same day and left a message indicating that everything had been taken care of and the legal

papers had already been shipped out by FedEx and should have already been received.

5. On or about September 21, 2004, I was informed by a relative of Mr. Pinkney that the legal papers had been delivered to the office of Assistant United States Attorney Michelle Jackson. I confirmed that fact with AUSA Jackson and responded to her office that same afternoon to retrieve Mr. Pinkney's legal papers. Two cardboard boxes addressed to AUSA Jackson were retrieved. Both boxes had been unsealed and opened.

6. On September 21, 2004, I personally delivered one box of legal papers to Mt. Pinkney at the D.C. Central Detention Facility. The delivery was approved by Warden Stephen Smith and the legal papers were inspected by Cpl. Suber before being delivered to Mr. Pinkney.

7. On September 25, 2004, I attempted to deliver the second box of papers to Mr. Pinkney but was informed by Lt. Smith that the delivery could not occur without the approval of Warden Smith.

8. On October 12, 2004, I delivered the second box of legal papers to Mr. Pinkney at the D.C. Central Detention Facility. The box was inspected by Cpl. Suber and the delivery was approved by Warden Smith. All of the legal papers were delivered except numerous religious magazines and multiple letters and greeting cards previously mailed to Mr. Pinkney at FCI Atlanta.

-2-

9.  On November 1, 2004, I delivered the remaining materials rejected at the detention facility to Renee Pinkney at 500 Indiana Ave., N.W.

10.  No prisoner property other than that described above, consisting entirely of written and printed matter, was contained in either box received by this affiant from AUSA Jackson.

11.  No one was informed or directed by me to send Mr. Pinkney's legal material to any location other than that described in Judge Bartnoff's order, i.e., to the Warden of D.C. jail.

FURTHER AFFIANT SAYETH NOT.

Having been duly sworn, I affirm that the facts recited above are true and accurate to the best of my knowledge.


_____
CARY CLENNON
Counsel for Mr. Pinkney


ss:  City of Washington
     District of Columbia

Subscribed before me this 26th day of January, 2005.


_____
Notary Public in and for the
District of Columbia

Petruzzelli Days
Notary Public Dsitrict of
Columbia
My Commission Expires
September 14, 2009

-3-

# IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

### FELONY BRANCH

UNITED STATES OF AMERICA      :

      :

      :     **Case No. F-2830-96**

**v.**      :     **Judge Bartnoff**

      :

PAUL WAYNE PINKNEY aka      :

TRACY PINKNEY      :

## ORDER

The Court has received a letter from the defendant, in which he requests that new counsel be appointed for him, on the remand of this case to this court from the Court of Appeals. Mr. Pinkney notes that the most recent counsel of record in this court was Rufus McKinney, and that he had discharged Mr. McKinney from the case. He requests appointment of his appellate counsel, Thomas Engle or Sharon Burka. The Court was prepared to appoint either Mr. Engle or Ms. Burka to represent the defendant in further proceedings, but both of them indicated that they were unable to accept the appointment. Mr. Cary Clennon therefore was appointed as the defendant's new counsel, and a separate order appointing him was entered on August 9, 2004. That order further provides that a remand hearing is set for September 27, 2004 at 10:30 a.m.

Mr. Pinkney also has filed a Petition for a Writ of Habeas Corpus Ad Testificandum, which was addressed to the undersigned directly and was received on or about August 18, 2004. Prior to the Court's receipt of that petition, the Court already had arranged for a Writ of Habeas Corpus Ad Testificandum to be issued, so that the defendant would be transported

EXHIBIT "A"

to the District of Columbia for the September 27 hearing.[1]  The defendant's petition therefore is moot.

Finally, Mr. Pinkney has sent a further letter to the court, in which he requests that he be permitted to bring his legal documents and files with him when he returns to the District of Columbia for the remand hearing.  That request will be granted, so long as appropriate arrangements can be made for those materials to be transported with the defendant or, if that is not feasible, to be sent to him from the institution where he has been incarcerated to the D.C. Jail.

The Court also has directed that Mr. Pinkney's correspondence to the Court, described herein, be placed in the court jacket.

It therefore is by the Court this ___7 n___ day of September 2004

**ORDERED** that the defendant's request to be permitted to bring his legal documents and files with him when he is transported to the District of Columbia for the remand hearing, which is set for September 27, 2004, be and it hereby is **GRANTED**, insofar as appropriate arrangement can be made for those materials to be transported with him or sent to him in care of the Warden of the D.C. Jail.

_____
Judge Judith Bartnoff
(Signed in Chambers)

---

[1] The undersigned was out of the office in early August 2004, but arranged for Judge Lee Satterfield to sign the appointment letter and the writ, while the undersigned was away, once Mr. Clennon confirmed that he was able and willing to be accept the appointment and the remand hearing date was arranged.

Copies to:

Cary Clennon, Esq.
P. O. Box 29302
Washington, DC  20017

Michelle Jackson, Esq.
Office of the United States Attorney
Felony Trial Section
555 – 4th Street, N.W., Room 9431
Washington, DC  20001

Copies to:

Cary Clennon, Esq.
P. O. Box 29302
Washington, DC  20017

Michelle Jackson, Esq.
Office of the United States Attorney
Felony Trial Section
555 – 4th Street, N.W., Room 9431
Washington, DC  20001

# Fax

**To:**       Mr. Maldonado, Warden

**Of:**       USP Atlanta

**Fax:**      (404) 331-2137

**Phone:**    (404) 635-5100

**Pages:**    4, including this cover sheet.

**Date:**     September 10, 2004

RE: Pinkney, Tracey, IRN 12085-007

Court Order for shipment of inmate legal material

CONTENTS OF THIS TRANSMISSION ARE CONFIDENTIAL AND INTENDED ONLY
FOR THE NAMED ADDRESSEE.  IF YOU HAVE RECEIVED THIS FACSIMILE
TRANSMISSION IN ERROR PLEASE CONTACT SENDER AT ONCE.  THANK YOU.

From the desk of...
Cary Clennon, Esq.
P.O. Box 29302
Washington, 20017-0302
(202) 269-0969
Fax: (202) 269-0969



EXHIBIT "B"

# Fax

**To:** Mr. James

**Of:** Supervisory Counselor, USP Atlanta

**Fax:** (404) 331-2403

**Phone:** (404) 635-5100

**Pages:** 4, including this cover sheet.

**Date:** September 10, 2004

RE: Pinkney, Tracey, IRN 12085-007

Court Order for shipment of inmate legal material

CONTENTS OF THIS TRANSMISSION ARE CONFIDENTIAL AND INTENDED ONLY FOR THE NAMED ADDRESSEE. IF YOU HAVE RECEIVED THIS FACSIMILE TRANSMISSION IN ERROR PLEASE CONTACT SENDER AT ONCE. THANK YOU.

From the desk of...
Cary Clennon, Esq.
P.O. Box 29302
Washington, 20017-0302
(202) 269-0969
Fax: (202) 269-0969



EXHIBIT "C"



```
 1                SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

 2                    CRIMINAL DIVISION     Exh. *3

 3        - - - - - - - - - - - - x
                                  :
 4     UNITED STATES OF AMERICA   :
                                  :
 5            versus              :    Criminal Action Number
                                  :
 6     TRACEY PINKNEY,            :    F-2830-96
                                  :
 7            Defendant.          :
        - - - - - - - - - - - - x
 8
                                       Washington, D.C.
 9                                     Monday, September 27, 2004

10             The above-entitled action came on for a Hearing
       before the Honorable JUDITH BARTNOFF, Associate Judge, in
11     Courtroom Number 317, commencing at approximately 10:16 a.m.

12                    THIS TRANSCRIPT REPRESENTS THE PRODUCT
                      OF AN OFFICIAL REPORTER, ENGAGED BY THE
13                    COURT, WHO HAS PERSONALLY CERTIFIED THAT
                      IT REPRESENTS HER ORIGINAL NOTES AND
14                    RECORDS OF TESTIMONY AND PROCEEDINGS OF
                      THE CASE AS RECORDED.

15
                      APPEARANCES:
16
                      On behalf of the Government:
17
                      MICHELLE JACKSON, Esquire
18                    Assistant United States Attorney

19                    On behalf of the Defendant:

20                    CARY CLENNON, Esquire
                      Washington, D.C.
21

22

23

24
       MISS LORETTA E. KACZOROWSKI          (202) 879-1058
25     Official Court Reporter
```

RECEIVED

2004 DEC 29  A 10: 22

COURT/REPORTING/DIVISION
DISTRICT OF COLUMBIA
COURTS

1

because of their schedules as I understood it.

He also asked for -- he -- some papers sort of crossed in the mail. In the normal course of things I arranged, when I knew this hearing was set, I arranged for a writ to be prepared to bring Mr. Pinkney back to D.C. And I actually was out of town but had this all arranged so that when we actually had the date one of my colleagues could sign the writ cause I didn't want there to be any problems and anybody telling me that the writ came too late which is why Judge Satterfield signed it cause I wasn't there, but he was handling things for me in my absence.

Then an issue arose, we got a couple of telephone calls, and I realize that Mr. Pinkney had also written to me, he may not have been in touch with Mr. Clennon at that point, about having documents go with him. And we attempted to arrange that immediately and we're told that they couldn't send the documents, anyway, I did another order to have them send the documents, and I understand that they did send the documents but that for some reason that I don't understand that I'm not sure anybody does, I can speculate about it, but the documents apparently were sent to Miss Jackson. I believe that that happened because looking at the papers I think that they won't send them to a post office box, and Mr. Clennon's address was a post office box but I have no idea because I told them to send them to the

1    jail in care of the warden.  And how they got to the U.S.

2    Attorney's Office I have no idea.

3            I assume that when the U.S. Attorney's Office is --

4    office gets boxes they open them as a routine matter just to

5    see what's in them, but Miss Jackson, could you explain to

6    me what happened?  I take it Mr. Clennon got the documents,

7    but we got lots of calls in chambers, obviously Mr.

8    Pinkney's family really -- there's a limit to what I can do

9    cause I'm not, you know, he had a lawyer and Mr. Clennon I

10   know was in touch with Miss Jackson about all this.  But,

11   Miss Jackson, if you can explain to me what happened and

12   what you did.

13           MS. JACKSON:  Yes, Your Honor.  Yes, um, two boxes

14   were sent to my office, and actually they had not been

15   opened by anyone.  In fact, when I arrived at my office

16   sometime in the afternoon, I cannot recall the date, they

17   were just sitting in my office.

18           At that point, because we've had briefings and

19   memos come out on what to do when we find a box in our

20   office, I called security.  Security came up, they opened

21   the boxes, and I didn't -- I didn't look in the boxes, they

22   looked in the boxes, told me that they that appeared to be

23   papers and they appeared to belong to someone by the name of

24   Pinkney.

25           The box had on the lower part of it the name Paul

14

Exh. *4

Response to Inmate Request to Staff Member

Name: Pinkney, Tracy                                    Reg. No. 12085-007

Unit: D-3  6024

I am in receipt of your correspondence dated September 23, 2004, wherein you request a copy of a court order which was faxed to USP Atlanta, Georgia. Additionally, you request to have several administrative remedies mailed to you.

Enclosed you will find a copy of the Court Order Case No. F-2830-96. However, there are no administrative remedies enclosed. Per Program Statement 1330.13, <u>Administrative Remedy Program</u>, the program applies to all inmates in facilities operated by the Bureau of Prisons, to inmates designated to contract Community Corrections Center under Bureau of Prisons responsibility, and to former inmates for issues that arose during their confinement.
This program does not apply to inmates confined in other non-federal facilities.
Therefore, no administrative remedies will be forwarded. You may request these forms upon your return to a federal institution.

I trust this information has addressed your concerns.

_____                          _____11-2-04___
G. Maldonado, Jr., Warden                           Date

Exh. *5

September 23, 2004

To: Mr. James
    D-Hosuing Unit Manager
    U.S. Penitentiaary
    601 McDonough Blvd. SE
    Atlanta, GA. 30315

From: Tracy Pinkney
        Fed. #12085-007  SE-3-11
        D.C.D.C. 208-872
        District of Columbia
        Correctional Facility
        1901 D. St. S.E.
        Washington, D.C. 20003

Subject: Court Order / Freedom of Information Act 5 USC552(e)

Dear Mr. James,
           I,m writing you concerning the court order that my attorney Cary Clennon
(FAX)to you and would you send me a copy of the order that was faxed to you. If by any
chance that is a problem with your refusing to release a copy of this court order that was
faxed to you by my attorney, then treat this letter as an request under the "Freedom of
Information Act 5 U.S.C> subsection 552, and the privacy act  5 U.S.C.subsection 552(a)
and I'm requesting a copy of the Court Order that was mailed to you by my attorney.

           Your time and patience is greatly appreciated!

 I Tracy Pinkney, hereby declare under the statute of perjury I understand that any false
or incorrect statements are punishable and that I'm the listed name and person making
this request.

Sincerely

_____
Tracy Pinkney

(cc)
    Mr. G Maldonado
    Regional
    Centrol

Exh. *6

12-30-2004
PINKNEY, Tracey
Reg. No. 12085-007

This is in response to your Inmate Request To Staff Member dated December 21, 2004, regarding your personal property. Information provided to the caller was that property of inmates leaving the institution is inventoried and stored in the property room of the record's department. The ISM manager was never identified as the person who would inventory or secure inmates' property. Those duties belong to the property room officer or someone else designated by the manager. I have reviewed your claim of lost property, and have not located any property identified as yours in the property room. You will have to file a tort claim to be compensated for any property you allege is missing.

*signature* 12/30/04
R. James Unit Manager/ Date

Disney (Jail) 12085-007

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

INMATE REQUEST TO STAFF MEMBER

Rec'd 12/22/04 Browne

DATE: 12-21-04

TO: Mr JAMES Unit MANAGER D House

(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

My sister called you regarding my personal property not
being inventoried, too insured her that Mr Plumbly would
infact return my property And that you spoken to
Mr Plumbly personally About my property. What
happen to my personal property?

(Use other side of page if more space is needed)

NAME: _____     No.: 12085-007

Work assignment: _____     Unit: _____

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to
satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)

DATE _____



**U.S. Department of Justice**

Office of Information and Privacy

Exh.#7

Telephone: (202) 514-3642

Washington, D.C. 20530

JAN 2 5 2006

Mr. Tracy Pinkney
Register No. 12085-007
United States Penitentiary -Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

     Re: Request No. 2005-08297

Dear Mr. Pinkney:

     This is to advise you that your administrative appeal from the action of the Federal Bureau of Prisons was received by this Office on January 24, 2006.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number 06-1076. Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

               Sincerely,

               Priscilla Jones
               Chief, Administrative Staff

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

JAN 2 5 2006

Mr. Tracy Pinkney
Register No. 12085-007
United States Penitentiary-Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

Re: Request No. 2006-00239

Dear Mr. Pinkney:

This is to advise you that your administrative appeal from the action of the Federal Bureau of Prisons was received by this Office on January 24, 2006.

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **06-1075**. Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

Sincerely,

Priscilla Jones
Chief, Administrative Staff



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

NOV 10 2005

Mr. Tracy Pinkney
Register No. 12085-007
United States Penitentiary - Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

     Re: Request No. 2005-08297

Dear Mr. Pinkney:

     This is to advise you that your administrative appeal from the action of the Federal Bureau of Prisons on your request for information from the files of the Department of Justice was received by this Office on November 3, 2005.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **06-0405**. Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                  Sincerely,

                  Priscilla Jones
                  Chief, Administrative Staff



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

NOV 1 0 2005

Mr. Tracy Pinkney
Register No. 12085-007
United States Penitentiary - Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

     Re:  Request No. 2005-08381

Dear Mr. Pinkney:

     This is to advise you that your administrative appeal from the action of the Federal Bureau of Prisons on your request for information from the files of the Department of Justice was received by this Office on November 3, 2005.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **06-0404**.  Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

               Sincerely,

               Priscilla Jones
               Chief, Administrative Staff



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642

*Washington, D.C. 20530*

OCT 2 0 2005

Mr. Tracy Pinkney
Register No. 12085-007
United States Penitentiary - Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

    Re:  Request No. 2005-08381

Dear Mr. Pinkney:

    This is to advise you that your administrative appeal from the action of the Federal Bureau of Prisons on your request for information from the files of the Department of Justice was received by this Office on October 14, 2005.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **06-0169**.  Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

               Sincerely,

               Priscilla Jones
               Chief, Administrative Staff

Exh.#8

## AFFIDAVIT

ON September 7, 2004 I, Marvin Wright did occupy Tracy Pinkney with his personal and legal materials to R&D on the above date indicated, once we arrived there, Mr Plumbing was there along with the United States Marshals awaiting Tracy Pinkney to be transported on a writ. Now Tracy Pinkney property was left in the care of Mr Plumbly because I was one of the persons that took Tracy Pinkney's property to R&D and I witnessed that his property was left with Mr Plumbly.

I, Marvin Wright understand that the above mentioned statement is correct to the best of my ability and I understand that any false statement made can be punishable under the penalty of perjury.

Marvin Wright

Marvin Wright