UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY PINKNEY
    PLAINTIFF

VS.                                    CIVIL ACTION 02347 HHK

UNITED STATES OF AMERICA, (ETAL)
    DEFENDANTS,

RECEIVED
MAR 22 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## DECLARATION OF TRACY PINKNEY

I, TRACY PINKNEY, declare the following to be true and correct:

1. I am the plaintiff in the above caption styled case currently confined at USP Hazelton Bruceton Mills, West Virginia.

2. While incarcerated at USP Atlanta plaintiff was granted a petition for a Writ of Habeas Corpus Ad Testificandum from the Superior Court for the District of Columbia.

3. And was transferred on September 7, 2004 to the District of Columbia Detention Facility (ie)(D.C. Jail)

4. The events complained of in plaintiff

civil action and injury occurred when plaintiff was being housed in the District of Columbia

5. Which surrounds the mailing of the legal materials to the United States Attorney's office, Michelle Jackson

6. Who at that time was prosecuting plaintiff's criminal case F-2830-96, from September 7, 2004 through November 1, 2004.

7. The seizing or destroying of plaintiffs Legal Materials/Personal Property occurred while plaintiff was house in the District of Columbia

8. Unsealing and opening of plaintiff's legal materials in the prosecutors office occurred in the District of columbia.

9. I, Tracy Pinkney did not at any time give the defendant the authorization or the consent to mail the legal materials to anywhere besides what's described in the court order issued by Honorable Judge Judith Bartnoff.

10. Further, plaintiff have exhausted all available Administrative Remedies concerning the claims under the custody and control of defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: MARCH 17, 2006

*Tracy Pinkny*
TRACY PINKNEY