UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY PINKNEY
12085-007
USP HAZELTON
PO BOX 2000
BRUCETON HILLS WV 26525
(Enter your full name, prison number and address)

v.

UNITED STATES OF AMERICA

DEPARTMENT OF JUSTICE (ETAL)
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530

FEDERAL BUREAU OF PRISONS ETAL
320 First STREET NW
WASHINGTON DC 20534
G. HALDONADO (WARDEN)
USP ATLANTA
601 MCDONOUGH BLVD ATLANTA GA 30315
(SEE ATTACHMENT)

(Enter the full name and address(es), if known, of the defendant(s) in this action)

TORT 28 USC 2672, 2680 et. seq.
BIVENS 28 USC 1331

02-0347
AMENDED COMPLAINT

RECEIVED
MAR 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TORT - BIVENS

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act. TORT / BIVENS

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $250.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court must access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1) the average monthly deposits to your prison account, or
(2) the average monthly balance of your prison account for the prior six-month period.

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The

DEFENDANTS ATTACHMENT

B. PUMBLY (I.S.M)
USP ATLANTA
601 MCDONOUGH BLVD ATLANTA GA 30315

R. JAMES  EX-UNIT MGR.
USP ATLANTA
601 MCDONOUGH BLVD ATLANTA GA 30315

R. CRAIG  COUNSELOR
USP ATLANTA
601 MCDONOUGH BLVD ATLANTA GA 30315

agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you <u>must</u> submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copy to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

I.   **SUCCESSIVE CLAIMS**

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II.  **PREVIOUS LAWSUITS**

A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes (✓)   No ( )

C.   If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit.

       Plaintiffs: TRACY PINKNEY

       Defendants: UNITED STATES JUSTICE DEPARTMENT FOIA (CRIMINAL)

   2.  Court (If federal court, please name the district; if state court name the county.)
       District Court for the District of Columbia

   3.  Docket number: 00 CV0637

   4.  Name of judge to whom case was assigned: Judge Hogan

   5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still

pending?) Some how I was denied a certificate of Appealability

6. Approximate date of filing lawsuit: 1999

7. Approximate date of disposition: Never received a dismissal order and denied a certificate of Appealability 2002 or 2003   SEE ATTACHMENT

### III. PLACE OF CONFINEMENT

HAZELTON USP P.O. BOX 2000 BRUCETON MILLS WV 26525

A. Is there a prisoner grievance procedure in this institution? Yes (✓)  No ( )
If your answer is Yes, go to Question III B. If your answer is No, skip Questions III, B, C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
Yes (✓)  No ( )

C. If your answer is Yes to Question III B:

 1. To whom and when did you complain? To Maldonado all the way to the Central Office

 2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.) Yes (✓)  No ( )

 3. What, if any, response did you receive? (Furnish copy of response, if in writing.) I received a response from the BP-8, BP-9, BP-10 and the BP-11 on the tort claim the Regional Director offered $98.00 tort claim form 95 also

 4. What happened as a result of your complaint? The defendant denied any wrong doing / offered $98.00 after petitioner been incarcerated 10 years

D. If your answer is No to Question III B, explain why not. N/A

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (✓)  No ( )

F. If your answer is Yes to Question III E;

 1. To whom and when did you complain? I first spoke to the warden then my unit team then I started filing my grievances on 12-8-04 and 1-4-05

II. PREVIOUS LAWSUITS

1. Plaintiffs TRACY PINKNEY

   Defendants DEPARTMENT of Correction
              State of Virginia

2. United States District Court for the Eastern District of Virginia

3. 3:01CU744

4. Judge —

5. Disposition   Don't remember I think I either asked to dismiss or the Magistrate dismissed

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes (✓)   No ( )

3. What, if any response did you receive? (Furnish copy of response, if in writing.) response from every step of the grievance proceedings.

4. What happened as a result of your complaint? The defendant denied any wrong doing

IV. **PARTIES**

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: TRACY PINKNEY 12085007
   Address: USP HAZELTON, PO BOX 2000, BRUCETON MILLS, WV. 26525

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B. Defendant: UNITED STATES OF AMERICA

   Address: (TORT)

   Defendant: DEPARTMENT OF JUSTICE ETAL

   Address: 950 Pennsylvania Ave NW
   Washington, DC 20530

   Defendant: FEDERAL BUREAU OF PRISONS ETAL

   Address: 320 First Street NW
   Washington DC 20534

   Defendant: G. MALDONADO (WARDEN)

   Address: USP ATLANTA 601 McDonough Blvd SE
   Atlanta, GA 30315

   SEE ATTACHMENT

V. **STATEMENT OF CLAIM**

State here briefly as possible the facts of your case. Describe how each defendant is involved.

IV. PARTIES ATTACHMENT

DEFENDANT: B. PLUMBLY (CISM)

ADDRESS: USP ATLANTA 601 McDonough BLVD SE
Atlanta, GA 30315

DEFENDANT: R. JAKES (SEG-UNIT MGR)

ADDRESS: USP ATLANTA 601 McDonough BLVD SE
Atlanta, GA 30315

DEFENDANT: R. CRIAG (COUNSELOR)

ADDRESS: USP ATLANTA 601 McDonough BLVD SE
Atlanta, GA 30315

Include the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets, if necessary.

The petitioner criminal conviction was remanded back to the lower court for an inquiry from the District of Columbia Court of Appeals on September 7, 2004 petitioner was told to pack all his property because petitioner was being transferred back to the District of Columbia on a writ. At 8:00 AM petitioner arrived at RED with all property once petitioner arrived petitioner was met by B. Plumbu then petitioner explained that the Judge issued a court order indicating that petitioners legal materials be transported with him or the proper arrangements to be made for those materials to be mailed in care of the warden of the DC Jail. Plumbu's response was I don't have time to pack your property for transport so petitioner explained

SEE ATTACHMENT

## VI. RELIEF

State briefly exactly what you want the Court to do for you.

Wherefore Plaintiff respectfully prays that Judgement be severally entered against defendants below:

[A] UNITED STATES OF AMERICA defendant in their official and federal authority only (TORT)

[B] DEPARTMENT OF JUSTICE defendant in their official and federal authority only

[C] FEDERAL BUREAU OF PRISONS defendant in their official and federal authority only

SEE ATTACHMENT

Signed this 17 day of MARCH, 2006.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

3-17-06
(Date)

_____
(Signature of Plaintiff)

n:\Forms\42 USC 1983

V. STATEMENT OF CLAIM ATTACHMENT

that petitioners property hasn't been inventoried then plainly stated nothing is going to happen to your property "I got it". My attorney called and fax the court order to the warden of Atlanta G. Maldonado and also to supervisory D-unit MGR. R. James, counselor R. Craig was given the authority to handle of petitioners legal matter. Now approximately seven to ten days later petitioners family member called R. James and R. Craig inquiring about petitioners legal materials, both responded that the legal materials had already been mailed off. Petitioner's family member called to the U.S. postal service inquiring about petitioner legal materials and was told that it was mailed to the United States Attorney office. Petitioner's family member then contacted petitioners attorney that petitioners legal materials was sent to prosecutor who's prosecuting petitioner case petitioners attorney called G. Maldonado; R. James and R. Craig and was told that R. Craig had sent petitioner legal materials off. Counsel explained that it was mailed to the wrong address petitioners attorney retrived petitioners legal materials from the United States Attorneys office and petitioner legal materials [boxes] were opened by the prosecutor who prosecuted petitioner case. On or about December 16, 2004 petitioner was transported back to Atlanta Penitentiary and went to R&D property room to recieve petitioners personal property officer Quinones told petitioner that after searching the property room that the only property that petitioner has is (3) boxes of legal materials that was transported back with petitioner from off petitioners writ. Petitioner tried to resolve this matter through the institution Administrative Remedy and has not resolve nothing

## V. STATEMENT OF CLAIM (CONT.)

The defendants in this civil action, acts or ommisions consist of infringing pursuit to litigating plaintiff's constitutional violations on criminal conviction which condemined plaintiff to prison for life.

VI. RELIEF ATTACHMENT

[D] G. MALDONADO defendant in his official and individual capacity

[E] B. PUMPHY defendant in his official and individual capacity

[F] R. JAMES defendant in his official and individual capacity

[G] R. CRAIG defendant in his official and individual capacity

[A] An award of damaged and missing property to TRACY PINKNEY severally, against each of all the defendants severally in the amount of five thousand dollars [$5,000] (TORT)

[B] An award of damages for DELIBERATE INDIFFERENCE AND NEGLIGENT and award compensatory/ punitive damages against defendants severally in the amount of ten million dollars [$10,000,000.]

[C] An award of damages for DELIBERATE INDIFFERENCE AND NEGLIGENT and award compensatory/ punitive damages against defendants severally in the amount of ten million dollars [$10,000,000.]

[D] An award of damages for DELIBERATE Indifference and Negligent and award Compensatory/Punitive damages against defendant severally in the amount of FIVE MILLION dollars [$ 5,000,000.]

[E] An award of damages for DELIBERATE Indifference and Negligent and award Compensatory/Punitive damages against defendant severally in the amount of FIVE MILLION dollars [$ 5,000,000.]

[F] An award of damages for DELIBERATE Indifference and Negligent and award Compensatory/Punitive damages against defendant severally in the amount of FIVE MILLION dollars [$ 5,000,000.]

[G] An award of damages for DELIBERATE Indifference and Negligent and award Compensatory/Punitive damages against defendant severally in the amount of FIVE MILLION dollars [$ 5,000,000.]

PLAINTIFF seeks total relief for this action to include FUTURE DAMAGES.

Such other and further relief as this Court may deem appropriate.

Plaintiff request a jury trial.

TOTAL: TORT 5,000
BIVEN 40,000,000.

40,005,000.