UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY PINKNEY
        PLAINTIFF

VS                                                    CIVIL NO. 02347-HHK

UNITED STATES OF AMERICA (ETAL)
        DEFENDANTS,

## MOTION TO COMPEL DISCOVERY / SANCTIONS

Now comes plaintiff, TRACY PINKNEY, PRO-SE respectfully moves this Honorable Court pursuant to Federal Rules of Civil Procedures RULE 37(a)(3), 37(a)(4). And grounds for such request is stated below:

According to the Federal Rules of Civil Procedure 37(a)(3) states as follows:

(3) EVASIVE OR INCOMPLETE DISCLOSER, ANSWER, OR RESPONSE. For purpose of this subdivision an evasive or incomplete disclosure, answer, or response is to be treated as a failure to disclose, answer, or respond.

As of FEBRUARY 14, 2006 through JANUARY 5, 2005 plaintiff has continually to REQUEST AND APPEAL from the defendants with adequate notice for the release of itemize commissary purchases from

RECEIVED
MAR 22 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

July 2002 through April 2005 (SEE EXHIBIT 1.).

Their only response to this request was on September 25, 2005 and February 1, 2006. Federal Bureau of Prison, Mr Richard W. Schotts sent the identical commissary purchases dated April 11, 2005 through February 12, 2004. Then on December 13, 2005 Mr Schotts released (5) five additional pages that had nothing completely to do with my request for itemized commissary purchases (SEE EXHIBIT 2).

According to the Federal Rules of Civil Procedures 37(a)(4)

(4) EXPENSES AND SANCTIONS.
(A) If the motion is granted or if the or requested discovery is provided after the motion was filed, the court shall, after affording an opportunity to be heard, require the party or deponent whose conduct necessitated the motion or the party or attorney advising such conduct or both of them to pay to the moving party the reasonable expenses incurred in making the motion, including attorney's fees, unless the court finds that the motion was filed without the movant's first making a good faith effort to obtain the disclosure or discovery without court action, or that the opposing party's nondisclosure, response, or objection was substantially justified, or that

-3-

other circumstances make an award of expenses unjust.

Plaintiff has filed a motion for production of documents pursuant to Federal Rules of Civil Procedures, Rule 34 with plaintiff's original complaint. Because this motion provides 30 days to respond, the defendants has "EVADED" prior to the filing of this action as well as defendants motion to deny discovery which is to be treated as a failure to disclose.

## RELIEF

Plaintiff is requesting that this Honorable Court ORDER release of documents and impose sanctions in the amount of $1,000.00 dollars for repeat filing of motions, cost and attorney's fees for initial production of documents, all information relating to the resolution to this civil action in its entirety. (Including not limited, itemized commissary purchase)

Plaintiff has shown a GOOD FAITH effort to obtain these documents. Also, and any other relief this court seems deem.

Sincerely

Tracy Pinkney

## CERTIFICATE OF SERVICE

I hereby, TRACY PINKNEY, certify that a copy of the foregoing motion (MOTION TO COMPEL DISCOVERY / SANCTION) was mailed first-class pre-paid mail to:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE, N.W.,
WASHINGTON, DC 20001

KENNETH WAINSTEIN
UNITED STATES ATTORNEY
555 4th STREET, N.W. CIV. DIV.
WASHINGTON, DC 20530

On this 17 day of March 2006.

Sincerely

Tracy Pinkney