Exh. #1

February 14, 2006

APPEAL

Freedom of Information Act
Office of Information/Privacy
US Department of Justice
Flag Bldg, Suite 570
Washington, DC 20530

RE: FOIA NO: 2006-00239/2005-03297

To whom it may concern, I'm writing you regarding a request under the Freedom of Information Act 5 USC 552 requesting "Itemized Commissary Purchases". On September 23, 2005 Mr. Richard L. Schott released 23 pages dated 2-12-04 through 4-11-05 Itemized Commissary Purchases. Now on December 13, 2005 Mr. Schott released 5 pages of "ACCOUNT STATEMENT" something that wasn't requested. On February 1, 2006 Mr. Schott released the SAME document that was released on September 23, 2005.

Now at this point I'm treating his failure to release request documents as a DENIAL, and will file a motion to comply with the Courts

Civil Action 05-2347
District Court for the
District of Columbia
Judge Kennedy

THANK YOU

Tracy Pinkney

January 15, 2006
FOE NO's 2006-0023
2005-0829

TO: Freedom of Information
Act
Office of Information and
Privacy
US Department of Justice
Flag Bldg, Suite 570
Washington, DC 20530

FROM: Tracy Pinkney
12085007
USP Hazelton
Box 2000
Bruceton Mills, WV 26525

Subject: REQUEST FOR ITEMIZED COMMISSARY PURCHASES

To whom it may concern I'm writing you concerning an request I've been requesting in the above subject matter. Mr Richard W. Schott regional counsel will not apply to my request for itemized commissary purchases dated back to July 2001 through April 2005. Now on December 19, 2005 (5) five account statements was released something that I never requested. The only part of my request received is dated from 2-12-04 through 4-11-05. Now I'm request the rest of the itemized purchases from July 2001 through 2-12-04. This was done on September 23, 2005. Now

According to the Freedom of Information Act 5 USC 552. All request or replies should be within 20 days from the time of request. This is a clear violation of the Freedom of Information Act.

Would your office order Mr Schott to turn over the rest of my request

Sincerely

Tracy Pinkney

December 22, 2005
FOI NO 2006-00239
2005-08297

To: Richard W Schott
Regional Counsel
Federal Bureau of Prisons
Mid-Atlantic Regional Office
10010 Junction Drive, Suite 100-N
Annapolis Junction, MD 20701

Dear Mr Schott

This is in response to your letter December 13, 2005, Mr Schott you located 5 additional pages and released them. Now my request consist of "ITEMIZED COMMISSARY" PURCHASES NOT "INMATE ACCOUNT STATEMENT", which are (2) two different statements. Again check your computer for "ITEMIZED COMMISSARY PURCHASES" dated from [JULY 2002 through APRIL 2005]. Now you can apply now or the District Court will order you, I understand the game your playing.

Sincerely

Tracy Pinkney

October 25, 2005

"Freedom of Information
Act APPEAL"
Office of Information and
Privacy, US Department
of Justice, Flag Bldg, Suite 570
Washington, DC 20530

Tracy Pinkney
12085007
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

To whom it may concern I'm written you concerning an appeal number 2005-08297, I received a letter from Richard W. Schott, Regional Counsel releasing in part 23 pages of my request for my itemized commissary purchases from 2001 through April 2005, only to receive from 2-19-04 through 4-11-05. I'm requesting the remaining portions of my request.

Sincerely

Tracy Pinkney

September 30, 2005

Richard W. Schott
TO: U.S. Department of Justice
Federal Bureau of Prisons
Mid-Atlantic Regional Office
10010 Junction Drive, Suite 100-N
Annapolis Junction, MD 20701

FROM: Tracy Pinkney
12085-007
USP Hazelton
PO Box 2000
Bruceton Mills WV 26525

SUBJECT: FOI Request No. 2005-08297

Dear Mr Schott,

    I requested copies of all itemized commissary purchases from June 2001 through April 2005. Your response of 23 pages only back 04-11-05 through 02-12-04. My question to you is are the rest missing from June 2002 to April 2005 going to be released, and if so when?

    Your time and patience in assisting me is greatly appreciated.

Tracy Pinkney

BP-A148.070
SEP 98

**INMATE REQUEST TO STAFF MEMBER**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| MR. BLACK (COMMISSARY) | 2-28-05 |
| FROM: | REGISTER NO.: |
| TRACY PINKNEY | 12085007 |
| WORK ASSIGNMENT: | UNIT: |
| PLUMB | D-3-601 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

May I receive a copy of my itemize commissary report (purchase made from commissary) dated back to July of 2002 up till this current date.

after 2002

THANK YOU.

(Do not write below this line)

DISPOSITION:

Sent copies - 2/18/05

INMATE ACCOUNTS
2005 MAR -9 PM

| Signature Staff Member: | Date: |
|---|---|
| [signature] | 3/10/05 |

Record Copy - File; Copy - Inmate

Replaces BP-148 of OCT 86

```
BP-S148.055   INMATE REQUEST TO STAFF   CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                 FEDERAL BUREAU OF PRISONS
```

| TO: (Name and Title of Staff Member) | DATE: 1-5-05 |
|---|---|
| MR BLACK (COMMISSARY) | |
| FROM: TRACY PINKNEY | REGISTER NO.: 12085007 |
| WORK ASSIGNMENT: PLUMB | UNIT: D-3-501 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Would you please provide me with a copy of all my commissary purchases dated back to July 28, 2002 until this current date.

THANK YOU

(Do not write below this line)

DISPOSITION:

Signature Staff Member          Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
                                            and BP-S148.070 APR 94

U.S. Department of Justice

Exh. #2

Federal Bureau of Prisons

*Mid-Atlantic Regional Office*

---

*10010 Junction Drive, Suite 100-N*
*Annapolis Junction, MD 20701*

FEB 0 1 2006

Tracy Pinkney
Reg. No. 12085-007
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV  26525

Re:   FOI Request No. 2006-02393

Dear Mr. Pinkney:

This is in response to your letter of December 22, 2005, requesting copies of Federal Bureau of Prisons records. Specifically, you request copies of itemized commissary purchases dated July, 2002 through April, 2005.

We have located 23 pages responsive to your request and have determined that all 23 pages are releasable to you in their entirety. These purchases are dated February, 2004, through April, 2005. We are currently researching the period July, 2002, through January, 2004, to ascertain the availability of such information for that period and will inform you in the near future.

Sincerely,

Richard W. Schott
Regional Counsel

Enclosure

**U.S. Department of Justice**

Federal Bureau of Prisons

*Mid-Atlantic Regional Office*

10010 Junction Drive, Suite 100-N
Annapolis Junction, MD 20701

DEC 1 3 2005

Tracey Pinkney
Reg. No. 12085-007
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

Re:   FOI Request No. 2006-00239

Dear Mr. Pinkney:

This is in response to your letter of September 30, 2005, requesting copies of Federal Bureau of Prisons records. Specifically, you request copies of all itemized commissary purchases from June, 2001 through April, 2005. We released 23 pages to you on September 23, 2005, from Request No. 2005-08297.

We have located 5 additional pages responsive to your request and have determined that all 5 pages are releasable to you in their entirety.

Sincerely,

Richard W. Schott
Regional Counsel

Enclosure

U.S. Department of Justice

Federal Bureau of Prisons

*Mid-Atlantic Regional Office*

---

*10010 Junction Drive, Suite 100-N*
*Annapolis Junction, MD 20701*

SEP 2 3 2005

Tracy Pinkney
Reg. No. 12085-007
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV  26525

Re:   FOI Request No. 2005-08297

Dear Ms. Pinkney:

This is in response to your letter of August 15, 2005, requesting copies of Federal Bureau of Prisons records. Specifically, you request a copy of all your itemized commissary purchases from June, 2001 through April, 2005.

We have located 23 pages responsive to your request and have determined that all 23 pages are releasable to you in their entirety.

Sincerely,

Richard W. Schott
Regional Counsel

Enclosure