UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY PILKNEY
   PLAINTIFF,

VS

UNITED STATES OF AMERICA (et al.)
   DEFENDANTS.

CIVIL ACTION 02347-HHK

## REQUEST FOR PRODUCTION OF DOCUMENTS
## SECOND REQUEST

Plaintiff, pursuant to Rule 34 of the Federal Rules of Civil Procedures requesting that the defendants respond within 30 days by either allowing plaintiff to inspect and copy or by providing plaintiff with a copy of the following documents from:

1. US Department of Justice/
Federal Bureau of Prisons
320 First Street, N.W.
Washington, DC 20534

Plaintiff is requesting from the defendants a copy of counselor Richard Craig of USP Atlanta (601 McDonough Blvd, SE, Atlanta, GA 30315)

a) Personnel File

RECEIVED
MAR 22 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(B) EMPLOYMENT DISCIPLINARY REPORTS

(C) SUSPENSIONS

(D) TRANSFERRALS

(E) REPRIMANDS, ECT.

According to LINDELL V. O'DONNELL 2005 U.S. DIST. LEXIS 32477 (W.D. WIS. DEC 9, 2005) Information on certain types of past complaints against defendant R. Craig is discoverable and admissible for the court to require IN CAMERA REVIEW.

Sincerely

Tracy Pinkney

CERTIFICATE OF SERVICE

-2-

I hereby, TRACY PINKNEY, certify that a copy of the foregoing SECOND (MOTION FOR REQUEST FOR PRODUCTION OF DOCUMENTS) was mailed, first-class pre-paid mail to:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE, N.W.
WASHINGTON, DC 20001

KENNETH WAINSTEIN
United States Attorney
555 4th Street N.W. Civ Div
Washington, DC 20530

on this 17 day of March 2006.

Sincerely
Tracy Pinkney

RECEIVED
MAR - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT