UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRACY PINKNEY, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 05-2347 (HHK)<br>) (ECF) |
| UNITED STATES OF AMERICA, et al. | ) |
| Defendants. | ) |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL
DISCOVERY AND MOTION FOR SANCTIONS**

Federal defendants, the United States of America, the United States Department of Justice, the Federal Bureau of Prisons ("BOP"), and the four individual BOP defendants named in their official and personal capacities: Gerardo Maldonado, Former Warden of the United States Penitentiary in Atlanta, Georgia (USP Atlanta); Richard Craig, Correctional Counselor at USP Atlanta; Ronald James, Former Unit Manager at USP Atlanta; and Bruce Plumley, Former Inmate System Manager at USP Atlanta, hereby file this opposition to plaintiff's motion to compel discovery and motion for sanctions.[1]

Plaintiff filed his complaint on December 8, 2005 along with a Request for Production of Documents a Motion for Discovery on November 30, 2005. Defendants filed a Motion to Stay Discovery on March 10, 2006. On March 15, 2006, this court granted defendants' motion to stay discovery pending the outcome of the defendants' dispositive motion filed on March 10, 2006.

---

[1] By way of this motion to stay discovery, the individual federal defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

Defendants' motion is still pending before this court. Discovery is premature at this time. Plaintiff's request for sanctions for defendants' alleged failure to respond to his discovery requests should be denied.

        Respectfully submitted,

        ___/s/_____
        KENNETH L. WAINSTEIN, D.C. BAR # 451058
        United States Attorney


        _____
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        ___/s/_____
        JOHN F. HENAULT, D.C. Bar # 472590
        Assistant United States Attorney
        Judiciary Center Building
        555 4th Street, N.W. – Civil Division
        Washington, D.C.  20530
        (202) 307-1249
        (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of March 2006, I caused the foregoing motion to be served on plaintiff *pro se* and addressed as follows:

Tracy Pinkney
#R12085-007
Hazelton USP
P.O. Box 2000
Bruceton Mills, WV 26525


___/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney